# UNDER SEAL

# UNDER SEAL

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13466
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No. 11985
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: lindsay.ager@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ex rel. Jagroop Sandhu,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Enterprise Holdings, Inc., et al.,<br><br>　　　　Defendants. | Case No.: 3:19-cv-00629-MMD-CLB<br><br>**Order** |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

1. the relator's Complaint, the United States' Notice of Intervention, and this Order be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this Order.

It is so ordered.

Dated:  October 9, 2020

_____
United States District Judge

4