NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13466
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No. 11985
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Ph: 702-388-6336
Fax: 702-388-6787
Email: lindsay.ager@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. Jagroop Sandhu, | Case No.: 3:19-cv-00629-MMD-CLB |
| Plaintiff, | **Joint Stipulation of Dismissal** |
| v. | |
| Enterprise Holdings, Inc., et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), the United States of America and relator Jagroop Sandhu notify the Court that they stipulate to voluntarily dismiss this case with prejudice subject to the terms of the settlement between the parties.

Dated: October 19, 2020                    Dated: October 19, 2020

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Lindsay Ager*                         */s/ Lon Leavitt*

LINDSAY A. AGER                            LON LEAVITT
Assistant United States Attorney           Counsel for Relator Jagroop Sandhu

IT IS SO ORDERED:
dated: October 19, 2020

                                           U.S. District Judge

1